**Order entered February 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01428-CV

**CRAWFORD SERVICES, INC., Appellant**

**V.**

**SKILLMAN INTERNATIONAL FIRM, L.L.C., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-3217**

## ORDER

We **GRANT** appellee/cross-appellant's January 29, 2014 motion to dismiss its cross-appeal. We **DISMISS** the cross-appeal.

Appellant's appeal against appellee remains pending and will be set in due course.

/s/      ADA BROWN
JUSTICE